

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

November 5, 2024

**Via CM/ECF**

David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

      RE:   *Zafirov v. United States*, No. 24-13581
               *Zafirov v. Florida Medical Associates, LLC*, No. 24-13583

Dear Mr. Smith:

     I write to call to the attention of your office an issue concerning the captioning of these appeals. This is a qui tam action brought by relator Clarissa Zafirov, in the name of the United States, under the False Claims Act. The United States intervened under 28 U.S.C. § 2403(a) for the purpose of defending the constitutionality of the Act's qui tam provisions. After the district court held the provisions unconstitutional as applied in this case, both Zafirov and the United States appealed.

     Both appeals would conventionally be captioned *United States ex rel. Zafirov v. Florida Medical Associates, LLC*,[1] though this Court has sometimes captioned qui tam cases only with the name of the relator,[2] in which case *Zafirov v. Florida Medical Associates, LLC* would be an appropriate caption for both appeals. But the current caption of the lead appeal—*Zafirov v. United States*—incorrectly suggests that Zafirov and the United States are on opposite sides, when we are actually on

---

[1]    *See, e.g.*, *United States ex rel. Jacobs v. JP Morgan Chase Bank, N.A.*, 113 F.4th 1294 (11th Cir. 2024); *United States ex rel. 84Partners, LLC v. Nuflo, Inc.*, 79 F.4th 1353 (11th Cir. 2023).

[2]    *See, e.g.*, *Gose v. Native Am. Servs. Corp.*, 109 F.4th 1297, 1302 (11th Cir. 2024).

the same side. For the purpose of avoiding confusion, we write simply to call the apparent oversight to your attention.

                                              Sincerely,

                                              */s/ Daniel Winik*
                                              Daniel Winik
                                              Counsel for the United States

cc:    All counsel (via CM/ECF)