# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES ex rel. CLARISSA ZAFIROV, )<br>)<br>*Plaintiff-Appellant, and* )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>*Intervenor-Appellant* )<br>)<br>v. )<br>)<br>FLORIDA MEDICAL ASSOCIATES, LLC, *et al.*, )<br>)<br>*Defendants-Appellees.* )<br>) | Nos. 24-13581, -13583 |

## FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

*United States ex rel. Zafirov v. Fla. Med. Assocs., LLC, et al.*
No. 24-13581, -13583

## Certificate of Interested Persons

Pursuant to Eleventh Circuit Rule 26.1-1(a)(3) and Fed. R. App. P. 26.1, Defendants-Appellees Freedom Health, Inc. ("Freedom") and Optimum Healthcare, Inc. ("Optimum") (collectively, "Freedom Defendants") certify that, in addition to the persons and entities listed in the Certificates of Interested Persons filed by the United States (ECF No. 5) and Appellant Clarissa Zafirov (ECF No. 11), the following persons may also have an interest in the outcome of this appeal:

1. Metlitsky, Anton
2. Wenthold, David

## Corporate Disclosure Statement

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 through 26.1-3, Freedom Defendants state that Freedom and Optimum (both Florida corporations) are subsidiaries of Elevance Health, Inc. ("Elevance Health") (an Indiana corporation), which is their ultimate parent corporation, and that no publicly held corporation other than Elevance Health owns 10% or more of their stock. Elevance Health is a publicly traded company, listed on the NYSE under the ticker symbol ELV.

*United States ex rel. Zafirov v. Fla. Med. Assocs., LLC, et al.*
No. 24-13581, -13583

Dated: December 2, 2024               Respectfully submitted,

/s/ *Anton Metlitsky*
Anton Metlitsky
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
17th Fl.
New York, NY 10019
(212) 326-2000
ametlitsky@omm.com

David M. Deaton
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Floor
Newport Beach, CA 92660
(949) 823-6900
ddeaton@omm.com

Scott Drake
O'MELVENY & MYERS LLP
2801 N. Harwood St., Suite 1600
Dallas, TX 75201
(972) 360-1952
sdrake@omm.com

Amanda M. Santella
Benjamin D. Singer
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
asantella@omm.com
bsinger@omm.com

*Counsel for Defendants-Appellees Freedom and Optimum*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ *Anton Metlitsky*
Anton Metlitsky