UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES ex rel. CLARISSA ZAFIROV, | ) ) ) |
| *Plaintiff–Appellant, and* | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| *Intervenor–Appellant* | ) ) ) |
| vs. | ) ) ) |
| FLORIDA MEDICAL ASSOCIATES, LLC, et al., | ) ) ) ) |
| *Defendants–Appellees.* | ) ) ) |

Nos. 24-13581, -13583

# FLORIDA MEDICAL ASSOCIATES, LLC, d.b.a. VIPCARE, PHYSICIAN PARTNERS, LLC, AND ANION TECHNOLOGIES, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellees Florida Medical Associates, LLC, d.b.a. VIPcare ("VIPCare"), Physician Partners, LLC, ("Physician Partners") and Anion Technologies, LLC, ("Anion"), through their undersigned counsel, hereby submit their Certificate of Interested Persons and Corporate Disclosure Statement.

USCA11 Case: 24-13581     Document: 29     Date Filed: 12/02/2024     Page: 2 of 4

*United States ex rel. Zafirov v. Fla. Med. Assocs., LLC, et al.*
Nos. 24-13581, -13583

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1(a)(3) and Fed. R. App. P. 26.1, Appellees VIPcare, Physician Partners, and Anion certify that the persons and entities listed in the Certificates of Interested Persons filed by the United States (ECF No. 5), Appellant Clarissa Zafirov (ECF No. 11), and Appellees Freedom Health, Inc. and Optimum Healthcare, Inc., (ECF No. 28) together constitute a correct and complete list of those persons that may have an interest in the outcome of this appeal.

# CORPORATE DISCLOSURE STATEMENT

Appellees VIPcare, Physician Partners, and Anion are not owned by a parent corporation and no publicly held corporation owes 10% or more of their stock.

USCA11 Case: 24-13581   Document: 29   Date Filed: 12/02/2024   Page: 3 of 4

*United States ex rel. Zafirov v. Fla. Med. Assocs., LLC, et al.*
Nos. 24-13581, -13583

Dated: December 2, 2024.

Respectfully submitted,

*/s/ Jason Mehta*
Jason P. Mehta
Michael P. Matthews
Lauren L. Valiente
Joseph W. Swanson
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: 813-229-2300
Facsimile: 813-221-4210
Primary email: jmehta@foley.com
Secondary email: dmills@foley.com
Primary Email: mmatthews@foley.com
Secondary Email: dguillen@foley.com
Primary Email: lvaliente@foley.com
Secondary Email: dguillen@foley.com
Primary email: joe.swanson@foley.com
Secondary email: dmills@foley.com


Matthew D. Krueger
David J. Wenthold
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: 414-297-4587
Primary Email: mkrueger@foley.com
Primary Email: dwenthold@foley.com

*Attorneys for Physician Partners, LLC*

USCA11 Case: 24-13581 Document: 29 Date Filed: 12/02/2024 Page: 4 of 4

*United States ex rel. Zafirov v. Fla. Med. Assocs., LLC, et al.*
Nos. 24-13581, -13583

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 2, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to all counsel of record.

                                */s/ Jason Mehta*
                                Attorney