# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K Street, N.W.
Washington, DC 20006

**Kannon K. Shanmugam**
(202) 223-7325
kshanmugam@paulweiss.com

New York
Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Wilmington

July 7, 2025

**VIA ELECTRONIC FILING**

David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

      Re:    *United States ex rel. Zafirov* v. *Florida Medical Associates*, Nos. 24-13581 & 24-13583

Dear Mr. Smith:

Appellees file this letter to update the Court on counsel's availability for oral argument in the above-captioned appeals. Counsel for appellees will be unavailable from August 18, 2025, through September 5, 2025, because of a previously scheduled family vacation.

                                        Respectfully submitted,

                                        /s/ Kannon K. Shanmugam
                                        Kannon K. Shanmugam

cc:      Counsel of record (via electronic filing)