

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

July 7, 2025

**Via CM/ECF**

David J. Smith
Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

    RE:   *Zafirov v. Florida Medical Associates, LLC*,
           Nos. 24-13581, -13583

Dear Mr. Smith:

I write to notify the Court that I will be unavailable for oral argument between August 11 and August 22, because of a family vacation, and on September 23-24 and October 2-3, because of religious holidays. I would be grateful if the Court could avoid scheduling argument for those dates.

                      Sincerely,

                      */s/ Daniel Winik*
                      Daniel Winik

cc:    All counsel (via CM/ECF)