

August 5, 2025

Via CM/ECF

David J. Smith
Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

**RE:** *Zafirov v. Florida Medical Associates, LLC*, Nos. 24-13581, -13583

Dear Clerk Smith:

    I represent the private appellant in this matter and write to notify the Court that I will be unavailable for oral argument on September 4-5 and September 18-19 due to professional travel commitments, then October 20-28 and December 13 through January 2 due to international family travel commitments. I would be grateful if the Court could avoid scheduling argument for those dates.

                                        Respectfully submitted,

                                        /s/ Tejinder Singh
                                        *Counsel for Plaintiff-Appellant*