# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

| | |
|---|---|
| David J. Smith | In Replying Give Number |
| Clerk | Of Case and Names of Parties |

August 13, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **DECEMBER 8, 2025, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-THURSDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission.  See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #5.***

| | |
|---|---|
| 24-11882 | Ralph Evans v. Commissioner of Internal Revenue (Consolidated with 24-11884, Nathaniel Carter, et al. v. Comm. of Internal Revenue (REVISED ARGUMENT DATE) |
| 23-12793 | Michael Mosier v. Global Economic Opportunities Group Inc., et al. |
| 24-11060 | Ricky Johnson v. Kevin Marler (REVISED ARGUMENT DATE) |
| 24-13509 | Geoffrey Anderson, et al. v. City of Atlanta, Georgia |
| 24-11371 | Devin Brosnan, et al. v. Keisha Bottoms, et al. |
| 24-11945 | United States v. Alexander Alli |
| 24-13581 | Clarissa Zafirov, et al. v. Florida Medical Associates, LLC et al. |
| 24-11822 | United States v. Malachi Mullings |
| 24-13016 | Christopher Bonner v. Timothy Ward, et al. |
| 24-14137 | DISH Wireless L.L.C. v. Town of Palm Beach Shores |
| 24-11260 | Jeffrey Hayes v. Director, OWCP, et al. |
| 24-12661 | Savannah Shoals, LLC et al. v. Commissioner of Internal Revenue |
| 24-10658 | Carlos Figueroa-Gibson v. Warden |
| 22-13589 | Dustin McLellan v. United States |
| 24-14233 | GS Holistic, LLC v. Zaidal Blue Sky Investments Corp., et al. |
| 25-10654 | Ricardo McClinton, et al. v. Warden, Baldwin State Prison, et al. |