Nos. 24-13581 & 24-13583

# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES EX REL. CLARISSA ZAFIROV,
PLAINTIFF-APPELLANT

UNITED STATES OF AMERICA,
MOVANT-APPELLANT

*v.*

FLORIDA MEDICAL ASSOCIATES, LLC, D/B/A VIPCARE;
PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC;
FREEDOM HEALTH, INC.; OPTIMUM HEALTHCARE, INC.,
DEFENDANTS-APPELLEES

PHYSICIAN PARTNERS SPECIALITY SERVICES, LLC, ET AL.,
DEFENDANTS

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA (CIV. NO. 19-1236)
(THE HONORABLE KATHRYN KIMBALL MIZELLE, J.)*

**MOTION TO WITHDRAW APPEARANCE OF
BENJAMIN M. MILLER-GOOTNICK**

ANTON METLITSKY
O'MELVENY & MYERS LLP
 *1301 Avenue of the Americas*
 *New York, NY 10019*

AMANDA M. SANTELLA
O'MELVENY & MYERS LLP
 *1625 I Street, N.W.*
 *Washington, DC 20006*

KANNON K. SHANMUGAM
JAMES DURLING
ANNA J. GOODMAN
BENJAMIN M. MILLER-GOOTNICK
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
 *2001 K Street, N.W.*
 *Washington, DC 20006*
 *(202) 223-7300*
 *kshanmugam@paulweiss.com*

*(additional counsel on inside cover)*

Evan Hindman
O'Melveny & Myers LLP
  *Two Embarcadero Center*
  *San Francisco, CA 94111*

Matthew D. Krueger
Gerald S. Kerska
David J. Wenthold
Foley & Lardner LLP
  *777 East Wisconsin Avenue*
  *Milwaukee, WI 53202*

Jason Mehta
Michael P. Matthews
Foley & Lardner LLP
  *100 North Tampa Street*
  *Tampa, FL 33602*

Priyanka Ghosh-Murthy
Law Office of Priyanka Ghosh-Murthy
  *1010 North Florida Avenue*
  *Tampa, FL 33602*

Nos. 24-13581 & 24-13583
*U.S. ex rel. Zafirov and United States* v. *Florida Medical Associates, et al.*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1, defendants-appellees Florida Medical Associates, LLC, d/b/a VipCare; Physician Partners, LLC; Anion Technologies, LLC; Freedom Health, Inc.; and Optimum Healthcare, Inc. certify that the Certificates of Interested Persons filed in the opening and reply briefs of plaintiff-appellant Clarissa Zafirov and movant-appellant United States, along with those included in the response brief of defendants-appellees and those provided by amici, are together complete.

Defendants-appellees Florida Medical Associates, LLC, d/b/a VipCare, and Anion Technologies, LLC, have no parent corporation, and no publicly held company owns 10% or more of their stock.  Defendant-appellee Physician Partners, LLC, is a wholly owned indirect subsidiary of Better Health Group, LLC.  Better Health Group, LLC, has no parent corporation, and no publicly held company owns 10% or more of its stock.

Defendants-appellees Freedom Health, Inc., and Optimum Healthcare, Inc. are indirect subsidiaries of Elevance Health, Inc. (ELV).  Elevance Health, Inc., has no parent corporation, and no publicly held company owns 10% or more of its stock.

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM

Pursuant to Federal Rule of Appellate Procedure 27, Benjamin M. Miller-Gootnick respectfully seeks leave to withdraw his appearance on behalf of defendants-appellees Florida Medical Associates, LLC, d/b/a VipCare; Physician Partners, LLC; and Anion Technologies, LLC.

1.    Effective September 5, 2025, Mr. Miller-Gootnick will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP and will not be participating further in this appeal. He does not require notice of further filings in this case and should be removed from all service lists.

2.    Kannon K. Shanmugam, James Durling, and Anna J. Goodman of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and Matthew D. Krueger, Gerald S. Kerska, David J. Wenthold, Jason Mehta, and Michael P. Matthews of Foley & Lardner LLP have previously filed appearances in this matter and will continue to serve as attorneys for defendants-appellees. This motion will be served on defendants-appellees through those attorneys. Defendants-appellees have been informed of this motion and approve.

3.    No prior application for relief has been made. Accordingly, Mr. Miller-Gootnick respectfully requests that the Court grant leave for him to withdraw his appearance.

<div style="columns:2">

ANTON METLITSKY
O'MELVENY & MYERS LLP
  1301 Avenue of the Americas
  New York, NY 10019

AMANDA M. SANTELLA
O'MELVENY & MYERS LLP
  1625 I Street, N.W.
  Washington, DC 20006

EVAN HINDMAN
O'MELVENY & MYERS LLP
  Two Embarcadero Center
  San Francisco, CA 94111

*Counsel for appellees Freedom Health, Inc., and Optimum Healthcare, Inc.*

SEPTEMBER 4, 2025

Respectfully submitted,

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
JAMES DURLING
ANNA J. GOODMAN
BENJAMIN M. MILLER-GOOTNICK
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  2001 K Street, N.W.
  Washington, DC 20006
  (202) 223-7300
  kshanmugam@paulweiss.com

MATTHEW D. KRUEGER
GERALD S. KERSKA
DAVID J. WENTHOLD
FOLEY & LARDNER LLP
  777 East Wisconsin Avenue
  Milwaukee, WI 53202

JASON MEHTA
MICHAEL P. MATTHEWS
FOLEY & LARDNER LLP
  100 North Tampa Street
  Tampa, FL 33602

PRIYANKA GHOSH-MURTHY
LAW OFFICE
  OF PRIYANKA GHOSH-MURTHY
  1010 North Florida Avenue
  Tampa, FL 33602

*Counsel for appellees Florida Medical Associates, LLC, d/b/a VipCare; Physician Partners, LLC; and Anion Technologies, LLC*

</div>

2

# CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Kannon K. Shanmugam, a member of the Bar of this Court and counsel for appellees Florida Medical Associates, LLC d/b/a VipCare; Physician Partners, LLC; and Anion Technologies, LLC, hereby certify, pursuant to Federal Rules of Appellate Procedure 27(a), 27(d)(1)(E), 27(d)(2)(A), 32(a)(5), and 32(a)(6) that the attached motion is proportionately spaced, has a typeface of 14 points or more, and contains 182 words.

SEPTEMBER 4, 2025                     /s/ Kannon K. Shanmugam
                                                                   KANNON K. SHANMUGAM