# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing | HEARING LOCATION<br><br>Courtroom 339<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |
| Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia 30303<br>(404) 335-6131 | | |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, DECEMBER 9, 2025

| | |
|---|---|
| 24-11822 | United States v. Malachi Mullings, Appellant |
| 23-12793 | Michael Mosier, Appellant v. Global Economic Opportunities Group Inc., et al. |
| 24-13386 | Mount Sinai Medical Center of Florida, Inc., Appellee/Cross Appellant v. Solis Health Plans, Inc., Appellant/Cross Appellee |
| 24-11882 | Ralph Evans, Appellant v. Commissioner of Internal Revenue (Consolidated with 24-11884, Nathaniel Carter, et al., Appellants v. Commissioner of Internal Revenue) |

### WEDNESDAY, DECEMBER 10, 2025

| | |
|---|---|
| 24-12661 | Savannah Shoals, LLC, et al., Appellants v. Commissioner of Internal Revenue |
| 24-14233 | GS Holistic, LLC, Appellant v. Zaidal Blue Sky Investments Corp., et al. |
| 24-11986 | George Martin, Appellant v. Commissioner, Alabama Department of Corrections |
| 24-11060 | Ricky Johnson, Appellant v. Kevin Marler |

### THURSDAY, DECEMBER 11, 2025

| | |
|---|---|
| 24-11371 | Devin Brosnan, et al., Appellants v. Keisha Lance Bottoms, et al. |
| 24-10658 | Carlos Figueroa-Gibson, Appellant v. Warden |
| 24-11334 | Mill Road 36 Henry, LLC, et al., Appellants v. Commissioner of Internal Revenue |
| 25-10654 | Ricardo McClinton, et al., Appellants v. Warden, Baldwin State Prison, et al. |

### FRIDAY, DECEMBER 12, 2025

| | |
|---|---|
| 22-13589 | Dustin McLellan, Appellant v. United States |
| 24-13581 | United States; Clarissa Zafirov, Appellants v. Florida Medical Associates, LLC, et al. |
| 24-12984 | Nyesha Swope, et al., Appellants/Cross Appellees v. Episcopal Foundation of Jefferson County, Appellee/Cross Appellant |
| 24-13016 | Christopher Bonner, Appellant v. Timothy Ward, et al. |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
10/10/25 - #5