# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13581

_____

UNITED STATES OF AMERICA,

                                                                           *Movant-Appellant,*

CLARISSA ZAFIROV,
  ex rel; Dr.,

                                                                           *Plaintiff-Appellant,*

versus

FLORIDA MEDICAL ASSOCIATES, LLC,
  d.b.a. VIPCARE,
PHYSICIAN PARTNERS, LLC,
ANION TECHNOLOGIES, LLC,
FREEDOM HEALTH, INC.,
OPTIMUM HEALTHCARE, INC.,

                                                                        *Defendants-Appellees,*

PHYSICIAN PARTNERS SPECIALITY SERVICES, LLC, et al.,

                                                                                 *Defendants.*

2     Order of the Court     24-13581

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cv-01236-KKM-SPF

ORDER:

Amicus Curiae The Chamber of Commerce of the United States of America to participate at oral argument is GRANTED.

Amicus Curiae's motion for an additional five (5) minutes of time per side for oral argument is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION