**Nos. 24-13581 & 24-13583**

# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES EX REL. CLARISSA ZAFIROV,
PLAINTIFF-APPELLANT

UNITED STATES OF AMERICA,
MOVANT-APPELLANT

*v.*

FLORIDA MEDICAL ASSOCIATES, LLC, D/B/A VIPCARE;
PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC;
FREEDOM HEALTH, INC.; OPTIMUM HEALTHCARE INC.,
DEFENDANTS-APPEL-
LEES

PHYSICIAN PARTNERS SPECIALITY SERVICES, LLC, ET AL.,
DEFENDANTS

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA (CIV. NO. 19-1236) (THE HONORABLE KATHRYN KIMBALL MIZELLE, J.)*

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

MATTHEW D. KRUEGER
GERALD S. KERSKA
DAVID J. WENTHOLD
FOLEY & LARDNER LLP
  777 East Wisconsin Avenue
  Milwaukee, WI 53202

JASON MEHTA
MICHAEL P. MATTHEWS
FOLEY & LARDNER LLP
  100 North Tampa Street
  Tampa, FL 33602

KANNON K. SHANMUGAM
JAMES DURLING
ANNA J. LUCARDI
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  2001 K Street, N.W.
  Washington, DC 20006
  (202) 223-7300
  kshanmugam@paulweiss.com

PRIYANKA GHOSH-MURTHY
LAW OFFICE OF PRIYANKA GHOSH-
  MURTHY
  1010 North Florida Avenue
  Tampa, FL 33602

Defendants-appellees Florida Medical Associates, LLC, d/b/a Vip-Care; Physician Partners, LLC; and Anion Technologies, LLC, respectfully move to withdraw David J. Wenthold as counsel of record. Mr. Wenthold will no longer be affiliated with the law firm of Foley & Lardner LLP and therefore must withdraw as counsel.

The moving defendants have consulted with plaintiff-appellant Clarissa Zafirov; movant-appellant United States; and defendant-appellees Freedom Health, Inc., and Optimum Healthcare, Inc. They do not oppose this motion, and no party will be prejudiced by it. Nor would the withdrawal delay disposition of the case or otherwise interfere with the efficient and proper functioning of this Court.

March 31, 2026                    /s/ Kannon K. Shanmugam

                                 KANNON K. SHANMUGAM
                                 JAMES DURLING
                                 ANNA J. LUCARDI
                                 PAUL, WEISS, RIFKIND,
                                   WHARTON & GARRISON LLP
                                   2001 K Street, N.W.
                                   Washington, DC 20006
                                   (202) 223-7300
                                   kshanmugam@paulweiss.com

(1)

MATTHEW D. KRUEGER
GERALD S. KERSKA
DAVID J. WENTHOLD
FOLEY & LARDNER LLP
  *777 East Wisconsin Avenue*
  *Milwaukee, WI 53202*

JASON MEHTA
MICHAEL P. MATTHEWS
FOLEY & LARDNER LLP
  *100 North Tampa Street*
  *Tampa, FL 33602*

PRIYANKA GHOSH-MURTHY
LAW OFFICE OF PRIYANKA GHOSH-
  MURTHY
  *1010 North Florida Avenue*
  *Tampa, FL 33602*

*Counsel for defendants-appellees*
*Florida Medical Associates, LLC,*
*d/b/a VipCare; Physician Partners,*
*LLC; and Anion Technologies, LLC*

2

# CERTIFICATE OF COMPLIANCE
# WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Kannon K. Shanmugam, a member of the Bar of this Court and counsel for appellees Florida Medical Associates, LLC d/b/a VipCare; Physician Partners, LLC; and Anion Technologies, LLC, hereby certify, pursuant to Federal Rules of Appellate Procedure 27(d)(2), 32(a)(5), and 32(a)(6), that the attached brief is proportionately spaced, has a typeface of 14 points or more, and contains 103 words.

MARCH 31, 2026                          /s/ Kannon K. Shanmugam
                                        KANNON K. SHANMUGAM