In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 24-13581

---

UNITED STATES OF AMERICA,

*Movant-Appellant,*

CLARISSA ZAFIROV,
ex rel; Dr.,

*Plaintiff-Appellant,*

*versus*

FLORIDA MEDICAL ASSOCIATES, LLC,
d.b.a. VIPCARE,
PHYSICIAN PARTNERS, LLC,
ANION TECHNOLOGIES, LLC,
FREEDOM HEALTH, INC.,
OPTIMUM HEALTHCARE, INC.,

*Defendants-Appellees,*

PHYSICIAN PARTNERS SPECIALITY SERVICES, LLC, et al.,

*Defendants.*

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cv-01236-KKM-SPF

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: September 1, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: September 30, 2026